UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMON McNEELY, | ) 1:12-cv—00371-SKO-HC |
| | ) |
| Petitioner, | ) ORDER SHORTENING TIME FOR |
| | ) RESPONDING TO THE COURT'S ORDER |
| | ) RE: CONSENT (DOC. 3) |
| v. | ) |
| | ) DEADLINE: <u>TEN (10) DAYS</u> |
| ALBERT NAJERA, United States Marshal for the Eastern District of California, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Petitioner is a federal prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.  Pending before the Court is Petitioner's notice of withdrawal of the petition on the ground of mootness, which was filed on March 13, 2012.  The Court CONSTRUES the notice of withdrawal as a voluntary dismissal of the action pursuant to Fed. R. Civ. P. 41(a).

///

On March 12, 2012, the petition was filed, and the Court issued an order to Petitioner to sign and return within thirty (30) days a form indicating whether Petitioner consented to the jurisdiction of the Magistrate Judge or declined Magistrate Judge jurisdiction. (Doc. 3.) The form was served on Petitioner, but it has not been returned to the Court. Without the written consent of the parties presently appearing pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case.

In view of the need to issue an order to finalize Petitioner's dismissal and terminate the action administratively, Petitioner is DIRECTED to sign and return the form regarding consent no later than ten (10) days after the date of service of this order.

IT IS SO ORDERED.

**Dated:   March 20, 2012**                         /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE