UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMON McNEELY, | ) 1:12-cv—00371-SKO-HC |
| | ) |
| Petitioner, | ) ORDER DISMISSING THE PETITION AS |
| | ) MOOT PURSUANT TO PETITIONER'S |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| v. | ) (DOCS. 1, 8) |
| | ) |
| ALBERT NAJERA, United States Marshal for the Eastern District of California, | ) ORDER DIRECTING THE CLERK TO |
| | ) CLOSE THE ACTION |
| | ) |
| Respondent. | ) |
| | ) |

    Petitioner is a federal prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting consent in a signed writing filed by Petitioner on March 28, 2012 (doc. 7). Pending before the Court is Petitioner's notice of withdrawal of the petition on the ground of mootness, which was filed on March 13, 2012. The Court CONSTRUES the notice of withdrawal as a

1

voluntary dismissal of the action pursuant to Fed. R. Civ. P. 41(a).

Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. Id.

Further, it appears that the only relief Petitioner sought was release from custody, and that Petitioner has been released from custody. The matter is therefore moot because the Court may no longer grant any effective relief. See Bade v. Cox, 931 F.2d 573, 574 (9th Cir. 1991).

Accordingly, it is ORDERED that:

1) The petition for writ of habeas corpus is DISMISSED as moot; and

2) The Clerk is DIRECTED to close this action because this order terminates the proceeding in its entirety.

IT IS SO ORDERED.

**Dated:   March 29, 2012**                      /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE