1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AMMON McNEELY,                          ) 1:12-cv—00371-SKO-HC
                                        )
            Petitioner,                 ) ORDER DISMISSING THE PETITION AS
                                        ) MOOT PURSUANT TO PETITIONER'S
                                        ) NOTICE OF VOLUNTARY DISMISSAL
      v.                                ) (DOCS. 1, 8)
                                        )
ALBERT NAJERA, United States            ) ORDER DIRECTING THE CLERK TO
Marshal for the Eastern                 ) CLOSE THE ACTION
District of California,                 )
                                        )
            Respondent.                 )
                                        )
_____ )

    Petitioner is a federal prisoner proceeding with counsel
with a petition for writ of habeas corpus pursuant to 28 U.S.C.
§ 2241.  Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has
consented to the jurisdiction of the United States Magistrate
Judge to conduct all further proceedings in the case, including
the entry of final judgment, by manifesting consent in a signed
writing filed by Petitioner on March 28, 2012 (doc. 7).  Pending
before the Court is Petitioner's notice of withdrawal of the
petition on the ground of mootness, which was filed on March 13,
2012.  The Court CONSTRUES the notice of withdrawal as a

1

voluntary dismissal of the action pursuant to Fed. R. Civ. P. 41(a).

Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. Id.

Further, it appears that the only relief Petitioner sought was release from custody, and that Petitioner has been released from custody. The matter is therefore moot because the Court may no longer grant any effective relief. See Bade v. Cox, 931 F.2d 573, 574 (9th Cir. 1991).

Accordingly, it is ORDERED that:

1)  The petition for writ of habeas corpus is DISMISSED as moot; and

2)  The Clerk is DIRECTED to close this action because this order terminates the proceeding in its entirety.

IT IS SO ORDERED.

Dated:    **March 29, 2012**              _____**/s/ Sheila K. Oberto**_____
                                          UNITED STATES MAGISTRATE JUDGE