# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**AMMON MCNEELEY,**

CASE NO: **1:12–CV–00371–SKO**

v.

**ALBERT NAJERA,**

---

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/30/2012**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 30, 2012**

by: /s/ E. Fahrney
Deputy Clerk